# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>           Plaintiff, )<br>   )<br>      v. )<br>   )<br>MIGUEL TORRES, )<br>   )<br>           Defendant. )<br>_____) | 09-2480-M<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the  SDCA  involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

        The Court concludes:

    A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by conditions of release_
_in light of numerous allegations and_
_offender history._
_Court notes "no bail" bench warrant issued_
_by judicial officer_

1        B.   ( ✓ ) Defendant is a flight risk because defendant has
2            not shown by clear and convincing evidence that:

3            *he can abide by conditions of release in*
4            *light of numerous allegations & offender*
5            *history*

8     IT IS ORDERED defendant be detained.

10    DATED: October 27, 2009

12                          CAROLYN TURCHIN
                             U.S. MAGISTRATE/DISTRICT JUDGE